**STATE of Missouri, Respondent,**

v.

**Rodney L. BASS, Appellant.**

**No. WD 53656.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

· PER CURIAM.

Appellant was charged with one count of second degree burglary. A jury found appellant guilty and he was sentenced as a prior and persistent offender to eight years in the Department of Corrections. He seeks plain error review of the prosecutor's comments during closing argument.

Judgment affirmed. Rule 30.25(b).

**Victor and Patricia YURATOVICH,
Appellants,**

v.

**Richard E. DRAPER, D.O., Respondent.**

**No. WD 53250.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1997.

Karon D. Ramsey, Kansas City, for Appellants.

Jayson A. Ford, Kansas City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Plaintiffs Victor and Patricia Yuratovich appeal from the Circuit Court of Jackson County at Independence, Missouri. The trial court granted summary judgment in favor of Defendant Richard E. Draper, D.O., thus dismissing Plaintiffs' medical malpractice action. The court found that Plaintiffs filed their action beyond the statute of limitations.

Affirmed. Rule 84.16(b).